PLATTSBURGH LIGHT, HEAT AND POWER COMPANY, Appellant, *v.* PLATTSBURGH TRACTION COMPANY, Respondent.

*Plattsburgh L., H. & P. Co.* v. *Plattsburgh Traction Co.*, 145 App. Div. 900, affirmed.

(Argued February 11, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover money alleged to be due for electric power furnished to defendant.

*Frank E. Smith* and *Thomas B. Cotter* for appellant.

*Lewis E. Carr* and *W. L. Pattisson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.